JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| EFRAIN DeAQUINO,<br><br>          Petitioner,<br><br>     v.<br><br>RAYMOND MADDEN, Warden,<br><br>          Respondent. | Case No. SACV 17-00172-CAS (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: December 21, 2017

                                                   CHRISTINA A. SNYDER
                                                   United States District Judge